## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL THORPE**<br><br>    v.<br><br>**SUPERINTENDENT, GREEN COUNTY, PA CORR. FACILITY** | **CIVIL ACTION**<br><br>**NO. 11-6442** |

# O R D ER

**AND NOW**, this  14th   day of March, 2013, a Report and Recommendation having been prepared filed as of September 18, 2012 (ECF 16), which recommended that the Petition in this case be dismissed as untimely, and the Court having granted the petitioner an extension of time to December 15, 2012 to file objections, and no objections having been filed, it is hereby

**ORDERED**:

1.	The Report and Recommendation is affirmed and approved.

2.	The Petition is **DISMISSED** with prejudice.

3.	There are no grounds for issuing a certificate of appealability.

4.	The Clerk shall close this case.

							BY THE COURT:

							/s/ Michael M. Baylson
							_____
							**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 11\11cv6442.rr.ORDER - .docx